No. 5602.—SYMISTER, apldo., *v.* CORREA, ET AL., apltes.— C. D. San Juan. ▬▬▬▬▬ Marzo 31, 1931.

Desestimado el recurso a petición de la parte apelada, por no haber prestado el apelante la fianza que exige la Ley de Desahucio.